# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**PHOENIX QUALITY LLC**

        **PLAINTIFF**

v.

**OMICO, INC., ET AL.**

        **DEFENDANTS**

**Civil Action No. 4:12CV-00026-JHM**

CHIEF JUDGE JOSEPH H. MCKINLEY, JR.

## ORDER

The Magistrate Judge has filed his Report and Recommendation and no objections have been filed thereto and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Court adopts the Magistrate Judge's Report and its findings and conclusions are incorporated by reference herein.

**IT IS FURTHER ORDERED** that this action be **dismissed**, without prejudice, due to Plaintiff's failure to comply with the Order of this Court and to prosecute this action in a timely manner.

*Joseph H. McKinley*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

April 13, 2015

Copies to:   Plaintiff

                 Counsel of record